IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

JERRY PARHAM                                                                      PLAINTIFF

v.                                    Civil No. 6:16-CV-06001

BARBARA VESTAL                                                                  DEFENDANT

## **JUDGMENT**

For the reasons stated in the Memorandum Opinion filed this date, this case is **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED**, this 18th day of December, 2017.

                                                    /s/ Susan O. Hickey
                                                  Susan O. Hickey
                                                  United States District Judge